# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VERNICE CHARLES, <br>     Plaintiff, <br> v. <br> ISDEL RUIZ SURI, et al., <br>     Defendants. | Case No.: 2:21-cv-01712-JCM-NJK <br><br> **Order** <br><br> [Docket Nos. 6, 7] |

On September 28, 2021 and September 29, 2021, Intervenor Allstate Insurance Company filed two notices of Rule 26(f) conference. Docket Nos. 6, 7. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 29, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE