UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VERNICE CHARLES,

    Plaintiff,

v.

ISDEL RUIZ SURI, et al.,

    Defendants.

Case No.: 2:21-cv-01712-JCM-NJK

**ORDER**

[Docket Nos. 16, 17]

Pending before the Court are Intervenor Allstate's motion for leave to file an individual discovery plan and proposed individual discovery plan. Docket Nos. 16, 17. Intervenor submits that filing an individual discovery plan is necessary because Plaintiff's counsel refused to participate in a discovery conference for an extended period of time and then refused to participate altogether in the creation of a joint discovery plan. Docket No. 16 at 3-5. While the Court sympathizes with Intervenor's position, the Local Rules require the submission of a discovery plan created and agreed upon by the parties. *See* Local Rule 26-1(a). If disputes exist, the Rules require the submitted plan to discuss each party's position. *Id.*

Accordingly, Intervenor's motion for leave to file an individual discovery plan and proposed discovery plan are both hereby **DENIED** without prejudice. Docket Nos. 16, 17. The Court **ORDERS** Plaintiff to participate in the creation and submission of a joint discovery plan as required by Local Rule 26-1(a). The parties must file an amended joint discovery plan, in compliance with the Court's Local Rules, no later than October 21, 2021.[1] To the extent special

---

[1] Throughout the attached exhibits, Plaintiff's counsel appears to imply that the Nevada Rules of Procedure govern this matter in federal court. *See e.g.,* Docket No. 16-1 at 7. The Court reminds the parties that the Federal Rules of Civil Procedure and this Court's Local Rules govern this matter. Compliance with their mandates is required for all filings before the Court.

scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply, based on the particular circumstances of this case, and why the dates requested are reasonable. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: October 15, 2021

Nancy J. Koppe
United States Magistrate Judge