# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VERNICE CHARLES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ISDEL RUIZ SURI, et al.,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01712-JCM-NJK<br><br>**Order Requiring Supplement to Order to Show Cause** |

On October 15, 2021, the Court ordered Plaintiff's counsel to participate in the creation and submission of a joint discovery plan no later than October 21, 2021. Docket No. 20. Despite that order, on October 22, 2021, Intervenor Allstate Insurance Company filed a motion for leave to file an individual discovery plan. Docket No. 22. Intervenor submitted that, since the Court issued its order, Plaintiff had failed to engage in the creation of a joint proposed discovery plan. *Id*. at 1-2.

Therefore, on October 22, 2021, the Court ordered Plaintiff's counsel to show cause as to why the Court should not sanction him for his failure to comply with the Court's Local rules and to participate in the creation of a joint proposed discovery plan. Docket No. 25. Plaintiff's counsel has now filed a response to the Court's order to show cause; however, his response addresses only the actions he took prior to the Court's order on October 15, 2021. *See* Docket No. 27.

Accordingly, Plaintiff's counsel, Adrian Karimi, is hereby **ORDERED** to supplement his response to the Court's prior show cause order, no later than **October 28, 2021**, and show cause as to why the Court should not sanction him the amount of Intervenor's attorneys' fees for all matters regarding the proposed discovery plan and/or a Court fine not greater than $5,000, for his failure to comply with both the Local Rules and the Court's order. This supplement must specifically discuss any and all actions that counsel took in relation to the creation of the joint proposed discovery plan between October 15, 2021, and October 22, 2021, and must include all

1

relevant emails and other necessary exhibits. Failure to comply in full with this order may result in sanctions.

IT IS SO ORDERED.

Dated: October 26, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE