UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VERNICE CHARLES,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>ISDEL RUIZ SURI, et al.,<br><br>　　　　　　　　　　　Defendant(s).<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　　　　　Intervenor. | Case No. 2:21-CV-1712 JCM (NJK)<br><br>ORDER |

   Presently before the court is intervenor defendant Empire Fire and Marine Insurance Company's ("Empire") motion to intervene. (ECF No. 12). No response has been filed, and the time to do so has passed.

   Empire is the insurer for the policy defendant Isdel Suri obtained from defendant Enterprise Leasing Company West, LLC. The present motion seeks for Empire to intervene in this matter under Federal Rule of Civil Procedure 24(b). Empire asserts a defense of fraud that shares common questions of fact already present in this case since Empire provided the insurance policy for the vehicle rented by Suri.

   Pursuant to Local Rule 7-2(d), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion. The failure of all parties to respond to Empire's motion provides a sufficient basis for the court to grant the motion under LR 7-2(d).

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Empire's motion to intervene (ECF No. 12) be, and the same hereby is, GRANTED.

DATED October 29, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -