**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ADRIAN KARIMI, ESQ.**
Nevada Bar No. 13514
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNICE CHARLES,<br><br>  Plaintiff,<br><br>vs.<br><br>ISDEL RUIZ SURI; EAN HOLDINGS LLC; ENTERPRISE LEASING COMPANY WEST LLC; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>  Defendants.<br><br>ALLSTATE INSURANCE COMPANY<br><br>  Intervenor<br>EMPIRE FIRE AND MARINE INSURANCE COMPANY,<br><br>  Intervenor. | CASE NO.: 2:21-CV-01712-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS EAN HOLDINGS LLC AND ENTERPRISE LEASING COMPANY WEST LLC'S MOTIONS TO DISMISS** |

Plaintiff VERNICE CHARLES and Defendants EAN HOLDINGS, LLC and ENTERPRISE LEASING COMPANY WEST, LLC, by and through their respective, undersigned counsel of record, hereby stipulate to a two-week extension of time for Plaintiff to respond to Defendants' Motions To Dismiss, on file herein. (ECF Nos. 50 & 51).

**REASONS FOR REQUESTED EXTENSION**

Defendants filed their Motion(s) To Dismiss (ECF Nos. 50 & 51 on December 16,2021, thus Plaintiff's responses thereto are currently due on or before December 30, 2021. However, due

1

to the undersigned's upcoming travel schedule, Plaintiffs requested, and Defendants' counsel kindly agreed, to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss to January 13, 2022.

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 16th day of December 2021.

COLMAN PERKINS LAW GROUP

*/s/: Richard Vilkin., Esq.*
RICHARD VILKIN
Nevada Bar No. 8301
3960 Howard Hughes Parkway, Suite 536
Las Vegas, NV 89169
*Attorneys for Defendants Ean Holdings, LLC And Enterprise Leasing West, LLC*

DATED this 16th day of December 2021.

LADAH LAW FIRM

*/s/ Adrian Karimi, Esq.*
RAMZY PAUL LADAH
Nevada Bar No. 11405
ADRIAN KARIMI
Nevada Bar No. 13514
517 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**O R D E R**

IT IS SO ORDERED, December 20, 2021.

_____
UNITED STATES DISTRICT JUDGE