**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ADRIAN KARIMI, ESQ.**
Nevada Bar No. 13514
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERNICE CHARLES,<br><br>Plaintiff,<br><br>vs.<br><br>ISDEL RUIZ SURI; EAN HOLDINGS LLC; ENTERPRISE LEASING COMPANY WEST LLC; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants.<br><br>ALLSTATE INSURANCE COMPANY<br><br>Intervenor<br>EMPIRE FIRE AND MARINE INSURANCE COMPANY,<br><br>Intervenor. | CASE NO.: 2:21-CV-01712-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANT ISDEL RUIZ SURI'S MOTION TO DISMISS** |

Plaintiff VERNICE CHARLES and Defendant ISDEL RUIZ SURI, by and through their respective, undersigned counsel of record, hereby stipulate to a two-week extension of time for Plaintiff to respond to Defendant Ruiz' Motion To Dismiss, on file herein. (ECF Nos. 64 & 66).

### REASONS FOR REQUESTED EXTENSION

Defendant Suri filed his Motion To Dismiss and Errata to Motion to Dismiss (ECF Nos. 64 & 66 on December 20,2021, and December 21, 2021, respectively, thus Plaintiff's response thereto is currently due on or before January 3, 2022. However, due to the undersigned's upcoming travel

schedule, Plaintiff requested, and Defendant's counsel kindly agreed, to extend the deadline for Plaintiff to respond to Defendant Suri's Motion to Dismiss to January 17, 2022.

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 21st day of December 2021.        DATED this 21st day of December 2021.

BREMER WHYTE BROWN & O'MEARA LLP

*/s/: Ty M. Maynarich, Esq.*
TY M. MAYNARICH
Nevada Bar No. 14584
1160 N. Ton Center Drive, Ste. 250
Las Vegas, NV 89144
*Attorneys for Defendant Isdel Ruiz Suri*

LADAH LAW FIRM

*/s/ Adrian Karimi, Esq.*
RAMZY PAUL LADAH
Nevada Bar No. 11405
ADRIAN KARIMI
Nevada Bar No. 13514
517 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**O R D E R**

IT IS SO ORDERED, December 22, 2021.

_____
UNITED STATES DISTRICT JUDGE